## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **IVER CARDWELL,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **Civil No.   09-159-P-S** |
| | ) | |
| **STATE OF MAINE,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 8) filed July 8, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Writ of Habeas Corpus (Docket No. 1) is **DISMISSED** without prejudice.

 _/s/ George Z. Singal_____
United States District Judge

Dated this 3rd day of August, 2009.